1   MERRILL G. EMERICK, Esq. (SBN 117248)
    **ANDERLINI & EMERICK LLP**
2   411 Borel Avenue, Suite 501
3   San Mateo, California  94402
    Telephone (650) 212-0001
4   Facsimile (650) 212-0081

5   Attorneys for Plaintiff
6   JULIE K. NEVES

7   DIPANWITA DEB AMAR, Esq. (SBN 184779)
    EMILY J. LEAHY, Esq. (SBN 253866)
8   **HOWARD RICE NEMOROVSKI CANADY**
    **FALK & RABKIN**
9   Three Embarcadero Center, 7th Floor
10  San Francisco, California 94111-4024
    Telephone:  (415) 434-1600
11  Facsimile (415) 217-5910

12
    Attorneys for Defendants
13  FULLER & THALER ASSET MANAGEMENT
    INC. and RUSSELL J. FULLER
14

15
                    UNITED STATES DISTRICT COURT
16
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
17
                       SAN FRANCISCO DIVISION
18

19  JULIE K. NEVES,                  )   Case No.:  10-cv-03284 JSW
                                     )
20           Plaintiff,              )   STIPULATION TO AMEND ORDER
                                     )   SCHEDULING TRIAL AND PRETRIAL
21  vs.                              )   MATTERS TO EXTEND THE TIME FOR
                                     )   COMPLETION OF COURT ORDERED
22                                   )   MEDIATION FROM MARCH 7, 2011 TO
23  FULLER & THALER ASSET            )   APRIL 29, 2011 AND [PROPOSED]
    MANAGEMENT, INC., a California   )   ORDER
24  Corporation, and  RUSSELL J. FULLER  )
                                     )
25           Defendants.            )
                                     )
26  _____ )

27       Plaintiff Julie K. Neves and Defendants Fuller & Thaler Asset Management, Inc.

28  hereby stipulate and agree as follows:

                                      1
    _____
    STIPULATION TO AMEND ORDER SCHEDULING TRIAL AND PRETRIAL MATTERS
    TO EXTEND THE TIME FOR COMPLETION OF COURT ORDERED MEDIATION
    FROM MARCH 7, 2011 TO APRIL 29, 2011 AND [PROPOSED] ORDER

1.   **RECITALS**

Whereas on November 15, 2010 the court issued its Order Scheduling Trial and Pretrial

Matters and in Section C. of its order referred the matter to court-connected mediation, to be

conducted  by March 7, 2011;

Whereas, no court approved mediation panelist has been selected;

Whereas, the parties remain willing to participate in the court ordered mediation, but will be

unable to complete the mediation by the court ordered deadline of March 7, 2011; and

Whereas, the parties jointly request that the court extend the compliance deadline to April

29, 2011, but do not propose any other changes to the court's November 15, 2010 order.

2.   **STIPULATION**

The parties stipulate to an order amending the November 15, 2010 Order Scheduling Trial

and Pretrial Matters to extend the time for the completion of the court-connected mediation from

March 7, 2011 to April 29, 2011.

Dated: February 23, 2011

                              Respectfully,

                              ANDERLINI & EMERICK LLP

                              By: /s/_____
                                      MERRILL G. EMERICK, of attorneys for
                                      Plaintiff JULIE K. NEVES

Dated: February 23, 2011

                              Respectfully,

                              HOWARD RICE NEMOROVSKI CANADY FALK
                               & RABIN

                              By: /s/_____
                                      DIPANWITA DEB AMAR, of attorneys for
                                      Defendants FULLER & THALER ASSET
                                      MANAGEMENT, INC. and RUSSELL J. FULLER

_____
STIPULATION TO AMEND ORDER SCHEDULING TRIAL AND PRETRIAL MATTERS
TO EXTEND THE TIME FOR COMPLETION OF COURT ORDERED MEDIATION
FROM MARCH 7, 2011 TO APRIL 29, 2011 AND [PROPOSED] ORDER

1
2

**ORDER**

3          The parties having stipulated and good cause appearing, it is hereby ordered that

4    The Court's November 15, 2010 Order Scheduling Trial and Pretrial matters is amended to extend

5    the time for completion of court-connected mediation to April 29, 2011.  The remaining portions of

6    the court's order are not changed and remain in effect.

7
     DATED:_____February 25, 2011_____
8

9                    _____

10                   THE HONORABLE JEFFREY S. WHITE,
                     U.S. DISTRICT COURT JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3